THE STATE OF OHIO, APPELLEE, *v.* CARROLL, APPELLANT.

[Cite as *State v. Carroll* (1995), 72 Ohio St.3d 87.]

(No. 94–2437—Submitted February 7, 1995—Decided April 26, 1995.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *John W. Monroe,* Assistant Prosecuting Attorney, for appellee.

*Daniel Carroll, pro se.*

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.